PROB 49 (3/89)
VAE (rev. 05/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Jihad Ibn Barnes                                   Criminal No. 1:13CR00311-001

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of supervision. Failure to submit to such a search may be grounds for revocation. The defendant shall warn any other residents or third parties that the premises and areas under your control may be subject to searches pursuant to this condition.

2. The defendant shall not possess or use an internet capable device or have access to any online service without the prior approval of the probation officer. Your cooperation shall include, but not limited to, allowing installation of a monitoring program and/or identifying computer systems, internet-capable devices, and similar memory and electronic devices to which you have access. Monitoring may include random examinations of computer systems along with internet, electronic and media storage devices under your control. The computer system or devices may be removed for a more thorough examination, if necessary. You shall contribute to the cost of such monitoring services, based on your ability to pay, as deemed appropriate by the probation officer. **The defendant shall be subject to Internet capable device monitoring during the first twelve (12) months of supervised release.**

3. The defendant shall participate in a mental health counseling program as approved by the probation officer. This program may include psychological/psychiatric counseling, treatment or medication maintenance, family counseling and mentor support.

4. You shall not possess, view, access, or otherwise use material that reflects extremist or terroristic views or is deemed to be inappropriate by the Probation Office.

5. You shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements and telephone bills.

Witness: _Rebekka Eisele_                    Signed: _Jihad Barns_
                                                     Probationer or Supervised Releasee

_April 21 2022_
Date

**TO CLERKS OFFICE**                                                          Page 1

PROB 49 (1/89)
VAE (rev. 05/17)

**ORDER OF COURT**

Respectfully,

Considered and ordered this 27ᵗʰ day of
_April_ 2022 and ordered filed and
made a part of the records in the above case.

/s/

Anthony J. Trenga
United States District Judge

Anthony J. Trenga
Senior United States District Judge

Daniel D.
Gillespie, Jr.

Digitally signed by Daniel
D. Gillespie, Jr.
Date: 2022.04.22 08:59:18
-04'00'

Daniel D. Gillespie, Jr.
Senior U.S. Probation Officer
703-299-2285

Place: Alexandria

Date: _____

**TO CLERKS OFFICE**

Page 2