UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Jihad Ibn Barnes</u>　　　　　　　　　　　　　　　　　Docket No. <u>1:13CR00311-001</u>

### Addendum to Petition on Supervised Release
### Filed on February 28, 2023

This addendum is being submitted as a supplement to the Petition on Supervised Release filed under seal with the Court on February 28, 2023. On March 3, 2023, the defendant appeared in the U.S. District Court for the District of Columbia for an initial appearance and was ordered released with the condition to report to the U.S. District Court for the Eastern District of Virginia on March 6, 2023.

**SPECIAL CONDITION:**　　　POSSESSION OF AN INTERNET CAPABLE DEVICE WITHOUT PRIOR APPROVAL FROM THE PROBATION OFFICER.

On March 3, 2023, this officer received documentation from U.S. Probation Officer Sean Stallman advising of the above listed additional violation. According to Officer Stallman, on or about February 21, 2023, in Washington, D.C., Mr. Barnes used and had access to an internet capable device without prior approval from the probation officer in violation of the defendant's special condition.

DDG/

### ORDER OF COURT

Considered and ordered this __7__ day of March 2023 that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

_/s/_
Anthony J. Trenga
Senior United States District Judge

Anthony J. Trenga
Senior United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>March 7, 2023</u>

Daniel D. Gillespie, Jr.
Digitally signed by Daniel D. Gillespie, Jr.
Date: 2023.03.07 08:47:50 -05'00'

Daniel D. Gillespie, Jr.
Senior U.S. Probation Officer
703-915-0717

Place: <u>Alexandria, Virginia</u>

TO CLERK'S OFFICE　　　　　　　　　　　　　　　　　　　　　　　　　　　DF-69 (Rev. 12/12)